**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7767**

---

YUSUF ABDUL AL-WAHHAB, a/k/a Joseph E. Wash-
ington; THOMAS X. WHITE, a/k/a Thomas M.
White,

                                        Plaintiffs - Appellants,

        versus

UNITED STATES OF AMERICA; CONGRESS OF THE
UNITED STATES; JAMES R. SPENCER, Judge; GEORGE
ALLEN, III, Governor; VIRGINIA GENERAL ASSEM-
BLY; JAMES S. GILMORE, III, Attorney; PATRICIA
WEST, Secretary of Public Safety; THE SUPREME
COURT OF VIRGINIA; RONALD ANGELONE, Director;
THE COUNCIL ON HUMAN RIGHTS; FRED W. GREEN,
Warden,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond. Richard L. Williams, Senior Dis-
trict Judge. (CA-97-680)

---

Submitted: June 17, 1999          Decided: June 24, 1999

---

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Yusuf Abdul Al-Wahhab, Thomas X. White, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Yusuf Abdul Al-Wahhab and Thomas X. White appeal the district court's orders dismissing their complaint and denying various motions. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Al-Wahhab v. United States, No. CA-97-680 (E.D. Va. Nov. 18, 1997). We deny White's motions to appoint counsel and to proceed in forma pauperis on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED